STAYED,ECF

# U.S. District Court
## Southern District of New York (Foley Square)
## CIVIL DOCKET FOR CASE #: 1:23-cv-04738-KPF

Securities and Exchange Commission v. Coinbase, Inc. et al
Assigned to: Judge Katherine Polk Failla
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 06/06/2023
Jury Demand: Plaintiff
Nature of Suit: 850
Securities/Commodities
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**Securities and Exchange Commission**     represented by   **Ben Ninan Kuruvilla**
Securities and Exchange Commission
100 Pearl Street
Ste 20-100
New York, NY 10004
212-336-5599
Email: kuruvillabe@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ladan Fazlollahi Stewart**
White & Case LLP
1221 Avenue of The Americas
New York, NY 10020
212-819-8200
Email: ladan.stewart@whitecase.com
*TERMINATED: 01/22/2024*
*LEAD ATTORNEY*

**Nicholas Margida**
Securities and Exchange Commission
Division of Enforcement
100 F. Street N.E.
Ste Mail Stop 5977
Washington, DC 20549
202-551-8504
Email: margidan@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Mancuso**
SEC

Enforcement Division
100 Pearl Street
Ste 20th Floor
New York, NY 10004
212-336-5560
Email: mancusope@sec.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David S Mendel**
Securities & Exchange Commission
100 F. Street NE
Ste Mail Stop 5971
Washington, DC 20549
202-551-4418
Email: mendeld@sec.gov
*ATTORNEY TO BE NOTICED*

**Elizabeth Reilly Goody**
U.S. Securities and Exchange
Commission
Brookfield Place, 200 Vesey Street
Suite 400
New York, NY 10281
212-336-0569
Fax: 212-336-1319
Email: goodye@sec.gov
*ATTORNEY TO BE NOTICED*

**Patrick Reinhold Costello**
U.S. Securities and Exchange
Commission
100 F Street N.E.
Washington, DC 20549
(202)-551-3982
Email: costellop@sec.gov
*ATTORNEY TO BE NOTICED*

**Rebecca Dunnan**
Securities and Exchange Commission
100 F Street NE
Washington, DC 20549
202-714-3720
Email: dunnanr@sec.gov
*ATTORNEY TO BE NOTICED*

**Jorge G Tenreiro**
U.S. Securities and Exchange
Commission

100 Pearl Street
Suite 20-100
New York, NY 10004-2616
212-336-9145
Email: tenreiroj@sec.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Coinbase, Inc.**           represented by  **Kevin S. Schwartz**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
(212)403-1000x)
Fax: (212)-403-2000
Email: kschwartz@wlrk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Kathleen Eddy**
Wachtell Lipton Rosen & Katz
51 West 52nd Street
New York, NY 10019
212-403-1000
Email: SKEddy@wlrk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D Savitt**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
212-403-1329
Fax: (212) 403-2000
Email: WDSavitt@wlrk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Michael Gogolak**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
(212)-403-1189
Fax: (212)-403-2189
Email: amgogolak@wlrk.com
*ATTORNEY TO BE NOTICED*

**David P.T. Webb**

Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
212-403-1000
Email: dpwebb@wlrk.com
*ATTORNEY TO BE NOTICED*

**Emily Rose Barreca**
Wachtell, Lipton, Rosen & Katz
51 West 52nd Street
New York, NY 10019
212-403-1000
Email: erbarreca@wlrk.com
*ATTORNEY TO BE NOTICED*

**James McDonald**
Sullivan & Cromwell LLP
125 Broad St
New York, NY 10004
212-558-3030
Email: mcdonaldj@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Julia A Malkina**
Sullivan & Cromwell, LLP (NYC)
125 Broad Street
New York, NY 10004
(212) 558-4869
Email: malkinaj@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Kathleen Suzanne McArthur**
Sullivan & Cromwell, LLP (NYC)
125 Broad Street
New York, NY 10004
(212) 558-4000 x3949
Fax: (212) 291-9398
Email: MCARTHURK@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Olivia G. Chalos**
Sullivan & Cromwell LLP
125 Broad Street
New York, NY 10004
212-558-4000
Email: chaloso@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Sijin Choi**

Wachtell, Lipton, Rosen & Katz
51 W 52nd Street
New York, NY 10019
212-403-1071
Email: schoi@wlrk.com
*ATTORNEY TO BE NOTICED*

**Steven Robert Peikin**
Sullivan & Cromwell, LLP (NYC)
125 Broad Street
New York, NY 10004
(212) 558-7228
Fax: (212) 558-3588
Email: peikins@sullcrom.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Coinbase Global, Inc.**                  represented by  **Kevin S. Schwartz**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sarah Kathleen Eddy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William D Savitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Michael Gogolak**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David P.T. Webb**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Emily Rose Barreca**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Julia A Malkina**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Kathleen Suzanne McArthur**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Olivia G. Chalos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sijin Choi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven Robert Peikin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**AH Capital Management, L.L.C.**          represented by          **Michael R Dreeben**
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
202-383-5400
Email: mdreeben@omm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Robert Hellman**
Morgan, Lewis & Bockius LLP
1111 Pennsylvania Ave NW
Washington, DC 20004
202-739-5784
Fax: 202-739-3001
Email:
andrew.hellman@morganlewis.com
*TERMINATED: 11/20/2024*

**Melissa Claire Cassel**
O'Melveny & Myers LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
415-984-8839
Email: mcassel@omm.com
*ATTORNEY TO BE NOTICED*

**William Ka Hing Pao**
Cooley LLP

355 S. Grand Avenue
Suite 900
Los Angeles, CA 90071
213-561-3249
Fax: 213-430-6407
Email: wpao@cooley.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Paradigm Operations LP**   represented by   **Michael R Dreeben**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Robert Hellman**
(See above for address)
*TERMINATED: 11/20/2024*

**Melissa Claire Cassel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Ka Hing Pao**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Senator Cynthia M. Lummis**   represented by   **Michelle Kallen**
Steptoe LLP
1330 Connecticut Ave., NW
Washington, DC 20036
202-429-6415
Fax: 202-429-3902
Email: MKallen@steptoe.com
*TERMINATED: 11/21/2024*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kayvan Betteridge Sadeghi**
Jenner & Block LLP
Jenner & Block LLP
1155 Avenue of the Americas
10036
New York, NY 10036
212-891-1600
Fax: 212-891-1699
Email: ksadeghi@jenner.com
*ATTORNEY TO BE NOTICED*

**Sarah Ann Purtill**
Jenner & Block LLP
1155 Avenue of the Americas
New York, NY 10036
212-407-1760
Email: spurtill@jenner.com
*ATTORNEY TO BE NOTICED*

**William F. Ryan**
Jenner & Block LLP
10 Exchange Square
London
United Kingdom of Great Britain and
Northern Irela
44 330 060 5433
Email: wryan@jenner.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Blockchain Association**          represented by **Donald B. Verrilli , Jr.**
Munger, Tolles & Olson LLP
601 Massachusetts Avenue, NW
Suite 500e
Washington, DC 20001-5369
213-683-9507
Email: donald.verrilli@mto.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C. Harker Rhodes , IV**
Clement & Murphy PLLC
706 Duke St.
Alexandria, VA 22314
202-742-8900
Email:
harker.rhodes@clementmurphy.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Crypto Council for Innovation**          represented by **C. Harker Rhodes , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Chamber of Progress**          represented by **C. Harker Rhodes , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**Consumer Technology Association**      represented by   **C. Harker Rhodes , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Amicus**

**The Chamber of Digital Commerce**      represented by   **Paul Whitfield Hughes , III**
McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, DC 20001
202-756-8988
Email: phughes@mwe.com
*LEAD ATTORNEY*

**Brianna Alexandra Perez**
McDermott Will & Emery
One Vanderbilt Avenue
New York, NY 10017
212-547-5677
Email: briannap6@gmail.com
*ATTORNEY TO BE NOTICED*

**Joseph B. Evans**
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017-5404
212-547-5767
Email: jbevans@mwe.com
*ATTORNEY TO BE NOTICED*

**Patrick Vincent Kennedy**
McDermott Will & Emery LLP
One Vanderbilt Avenue
New York, NY 10017
212-547-5759
Email: pkennedy@mwe.com
*ATTORNEY TO BE NOTICED*

**Amicus**

**Securities Law Scholars**      represented by   **Vincent Gregory Levy**
Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
646-837-5120
Email: vlevy@hsgllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Alison B. Miller**
Davis Polk & Wardwell LLP

450 Lexington Avenue
New York, NY 10017
212-450-4364
Email: alison.miller@davispolk.com
*TERMINATED: 03/29/2024*

**Amicus**

**DeFi Education Fund**
*DeFi Education Fund*

**Amicus**

| | | |
|---|---|---|
| **Administrative Law Scholars** | represented by | **Jeffrey Benjamin Dubner** |

Democracy Forward
P.O. Box 34553
Washington, DC 20043
202-701-1773
Email: jdubner@democracyforward.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Orlando Economos**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202-448-9090
Email:
oeconomos@democracyforward.org
*ATTORNEY TO BE NOTICED*

**Sarah Goetz**
Democracy Forward Foundation
P.O. Box 34553
Washington, DC 20043
202-383-0794
Email: sgoetz@democracyforward.org
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **New Finance Institute** | represented by | **Scott D Brenner** |

Parlatore Law Group, LLP
260 Madison Avenue
17th Floor
New York, NY 10016
646-330-4725
Fax: 646-417-6422
Email:
scott.brenner@parlatorelawgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amicus**

| | | |
|---|---|---|
| **North American Securities Administrators Association, Inc.** | represented by | **Vincente Leon Martinez** North American Securities Administrators Association, Inc. 750 First Street, NE Suite 990 Washington, DC 20002 202-683-2302 Email: vmartinez@nasaa.org *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Amicus**

| | | |
|---|---|---|
| **John Deaton on behalf of 4,701 Coinbase Customers** | represented by | **John Deaton on behalf of 4,701 Coinbase Customers** 877-351-9818 Email: all-deaton@deatonlawfirm.com PRO SE <br><br> **John Deaton** Deaton Law Firm 450 North Broadway East Providence, RI 02914 401-351-6400 Email: all-deaton@deatonlawfirm.com *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 06/06/2023 | 1 | COMPLAINT against COINBASE GLOBAL, INC., COINBASE, INC. Document filed by U.S. Securities & Exchange Commission..(Tenreiro, Jorge) (Entered: 06/06/2023) |
| 06/06/2023 | 2 | **FILING ERROR - PDF ERROR -** CIVIL COVER SHEET filed..(Tenreiro, Jorge) Modified on 6/7/2023 (jgo). (Entered: 06/06/2023) |
| 06/06/2023 | 3 | NOTICE OF APPEARANCE by Ladan Fazlollahi Stewart on behalf of U.S. Securities & Exchange Commission..(Stewart, Ladan) (Entered: 06/06/2023) |
| 06/06/2023 | 4 | NOTICE OF APPEARANCE by Peter Mancuso on behalf of U.S. Securities & Exchange Commission..(Mancuso, Peter) (Entered: 06/06/2023) |
| 06/06/2023 | 5 | NOTICE OF APPEARANCE by Ben Ninan Kuruvilla on behalf of U.S. Securities & Exchange Commission..(Kuruvilla, Ben) (Entered: 06/06/2023) |
| 06/06/2023 | 6 | NOTICE OF APPEARANCE by William D Savitt on behalf of COINBASE GLOBAL, INC., COINBASE, INC..(Savitt, William) (Entered: 06/06/2023) |
| 06/06/2023 | 7 | |

| | | NOTICE OF APPEARANCE by Kevin S. Schwartz on behalf of COINBASE GLOBAL, INC., COINBASE, INC..(Schwartz, Kevin) (Entered: 06/06/2023) |
|---|---|---|
| 06/06/2023 | 8 | NOTICE OF APPEARANCE by Sarah Kathleen Eddy on behalf of COINBASE GLOBAL, INC., COINBASE, INC..(Eddy, Sarah) (Entered: 06/06/2023) |
| 06/06/2023 | 9 | NOTICE OF APPEARANCE by Adam Michael Gogolak on behalf of COINBASE GLOBAL, INC., COINBASE, INC..(Gogolak, Adam) (Entered: 06/06/2023) |
| 06/06/2023 | 10 | NOTICE OF APPEARANCE by Steven Robert Peikin on behalf of COINBASE GLOBAL, INC., COINBASE, INC..(Peikin, Steven) (Entered: 06/06/2023) |
| 06/06/2023 | 11 | NOTICE OF APPEARANCE by Kathleen Suzanne McArthur on behalf of COINBASE GLOBAL, INC., COINBASE, INC..(McArthur, Kathleen) (Entered: 06/06/2023) |
| 06/06/2023 | 12 | NOTICE OF APPEARANCE by James McDonald on behalf of COINBASE GLOBAL, INC., COINBASE, INC..(McDonald, James) (Entered: 06/06/2023) |
| 06/06/2023 | 13 | NOTICE OF APPEARANCE by Julia A Malkina on behalf of COINBASE GLOBAL, INC., COINBASE, INC..(Malkina, Julia) (Entered: 06/06/2023) |
| 06/06/2023 | 14 | NOTICE OF APPEARANCE by Olivia Chalos on behalf of COINBASE GLOBAL, INC., COINBASE, INC..(Chalos, Olivia) (Entered: 06/06/2023) |
| 06/06/2023 | 15 | MOTION for Nicholas C. Margida to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by U.S. Securities & Exchange Commission. (Attachments: # 1 Affidavit Affidavit of Nicholas C. Margida, # 2 Exhibit DC Bar Cert. of Good Standing, # 3 Exhibit VA S. Ct. Cert. of Good Standing, # 4 Text of Proposed Order Proposed Order).(Margida, Nicholas) (Entered: 06/06/2023) |
| 06/06/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 15 MOTION for Nicholas C. Margida to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 06/06/2023) |
| 06/07/2023 | | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Jorge Gerardo Tenreiro to RE-FILE Document No. 2 Civil Cover Sheet. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the civil cover sheet is not correct; party name on the PDF case caption must match as it appears on the pleading caption. Re-file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. Use civil cover sheet issued by S.D.N.Y. dated October 1, 2020. The S.D.N.Y. Civil Cover Sheet dated October 1, 2020 is located at http://nysd.uscourts.gov/file/forms/civil-cover-sheet.. (jgo)** (Entered: 06/07/2023) |
| 06/07/2023 | | |

| | | |
|---|---|---|
| | | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above-entitled action is assigned to Judge Jennifer H. Rearden. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district-judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf-related-instructions..(jgo) (Entered: 06/07/2023) |
| 06/07/2023 | | Magistrate Judge James L. Cott is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf. (jgo) (Entered: 06/07/2023) |
| 06/07/2023 | | Case Designated ECF. (jgo) (Entered: 06/07/2023) |
| 06/07/2023 | | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Jorge Gerardo Tenreiro. The party information for the following party/parties has been modified: U.S. Securities & Exchange Commission; COINBASE, INC; COINBASE GLOBAL, INC.,. The information for the party/parties has been modified for the following reason/reasons: party name contained a typographical error; party name was entered in all caps;. (jgo) Modified on 6/7/2023 (jgo). (Entered: 06/07/2023) |
| 06/07/2023 | 16 | CIVIL COVER SHEET filed..(Tenreiro, Jorge) (Entered: 06/07/2023) |
| 06/07/2023 | 17 | WAIVER OF SERVICE RETURNED EXECUTED. Coinbase Global, Inc. waiver sent on 6/7/2023, answer due 8/7/2023. Document filed by Coinbase Global, Inc...(Peikin, Steven) (Entered: 06/07/2023) |
| 06/07/2023 | 18 | WAIVER OF SERVICE RETURNED EXECUTED. Coinbase, Inc. waiver sent on 6/7/2023, answer due 8/7/2023. Document filed by Coinbase, Inc...(Peikin, Steven) (Entered: 06/07/2023) |
| 06/12/2023 | 19 | ORDER granting 15 Motion for Nicholas C. Margida to Appear Pro Hac Vice (HEREBY ORDERED by Judge Jennifer H. Rearden)(Text Only Order) (kwi) (Entered: 06/12/2023) |
| 06/14/2023 | | NOTICE OF CASE REASSIGNMENT to Judge Katherine Polk Failla. Judge Jennifer H. Rearden is no longer assigned to the case. (sgz) (Entered: 06/14/2023) |
| 06/22/2023 | 20 | NOTICE OF INITIAL PRETRIAL CONFERENCE: The conference will be held telephonically. At the scheduled date and time, the parties are to call (888) 363-4749 and enter access code 5123533. As further set forth by this Order. SO ORDERED. Initial Conference set for 8/24/2023 at 11:30 AM before Judge Katherine Polk Failla. (Signed by Judge Katherine Polk Failla on 6/22/2023) (tg) (Entered: 06/22/2023) |
| 06/28/2023 | 21 | |

| | | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 06/28/2023) |
|---|---|---|
| 06/28/2023 | 22 | ANSWER to 1 Complaint. Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 06/28/2023) |
| 06/28/2023 | 23 | LETTER MOTION for Leave to File Motion for Judgement on the Pleadings addressed to Judge Katherine Polk Failla from William D. Savitt dated June 28, 2023. Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 06/28/2023) |
| 06/29/2023 | 24 | CONSENT LETTER MOTION for Extension of Time to File Response/Reply *to Defendants' Pre-Motion Submission* addressed to Judge Katherine Polk Failla from Nicholas Margida dated June 29, 2023. Document filed by Securities and Exchange Commission..(Margida, Nicholas) (Entered: 06/29/2023) |
| 06/29/2023 | 25 | ORDER granting 24 Letter Motion for Extension of Time to File Response/Reply re 24 CONSENT LETTER MOTION for Extension of Time to File Response/Reply *to Defendants' Pre-Motion Submission* addressed to Judge Katherine Polk Failla from Nicholas Margida dated June 29, 2023.Application GRANTED. Additionally, the initial pretrial conference currently scheduled for August 24, 2023, is hereby converted to a pre-motion conference and is rescheduled to July 13, 2023, at 10:00 a.m. The parties are ORDERED to appear at that time in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. The Clerk of Court is directed to terminate the pending motion at et number 24. SO ORDERED. (Signed by Judge Katherine Polk Failla on 6/29/2023) (tg) (Entered: 06/29/2023) |
| 06/29/2023 | | Set/Reset Hearings: Pre-Motion Conference set for 7/13/2023 at 10:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. (tg) (Entered: 06/29/2023) |
| 07/07/2023 | 26 | LETTER RESPONSE in Opposition to Motion addressed to Judge Katherine Polk Failla from Nicholas Margida dated July 7, 2023 re: 23 LETTER MOTION for Leave to File Motion for Judgement on the Pleadings addressed to Judge Katherine Polk Failla from William D. Savitt dated June 28, 2023. . Document filed by Securities and Exchange Commission..(Margida, Nicholas) (Entered: 07/07/2023) |
| 07/12/2023 | 27 | RESPONSE re: 26 Response in Opposition to Motion, . Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 07/12/2023) |
| 07/12/2023 | 28 | NOTICE OF APPEARANCE by David P.T. Webb on behalf of Coinbase Global, Inc., Coinbase, Inc...(Webb, David) (Entered: 07/12/2023) |
| 07/13/2023 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Initial Pretrial/Pre-motion Conference held on 7/13/2023. Attorneys Nicholas Margida, Peter Mancuso, Ladan Fazlollahi Stewart, and Ben Ninan Kuruvilla, representing Plaintiff present. Attorneys William D. Savitt and Steven Robert Peikin representing Defendants present. The parties shall meet and confer, and |

| | | |
|---|---|---|
| | | in one week, submit a proposed case management plan, and a letter stating the parties' respective positions on moving forward with their anticipated motions, and proposed briefing schedule, if moving forward with motions. (See transcript.) (Court Reporter Steven Greenblum) (tn) (Entered: 07/13/2023) |
| 07/19/2023 | 29 | NOTICE OF APPEARANCE by Sijin Choi on behalf of Coinbase Global, Inc., Coinbase, Inc...(Choi, Sijin) (Entered: 07/19/2023) |
| 07/20/2023 | 30 | TRANSCRIPT of Proceedings re: CONFERENCE held on 7/13/2023 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Steven Greenblum, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/10/2023. Redacted Transcript Deadline set for 8/21/2023. Release of Transcript Restriction set for 10/18/2023..(McGuirk, Kelly) (Main Document 30 replaced on 7/26/2023) (js). (Entered: 07/20/2023) |
| 07/20/2023 | 31 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a CONFERNECE proceeding held on 7/13/2023 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 07/20/2023) |
| 07/20/2023 | 32 | PROPOSED CASE MANAGEMENT PLAN. Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 07/20/2023) |
| 07/20/2023 | 33 | JOINT LETTER addressed to Judge Katherine Polk Failla from W. Savitt and P. Mancuso dated July 20, 2023 re: Proposed Briefing Schedule. Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 07/20/2023) |
| 07/20/2023 | 34 | MEMO ENDORSEMENT: on re: 33 Letter filed by Coinbase, Inc., Coinbase Global, Inc. ENDORSEMENT: Application GRANTED in part. The briefing schedule will proceed as follows: Defendants' opening brief is due on or before August 4, 2023, and shall not exceed 30 pages; Any amicus briefs in support of Defendants' motion are due on or before August 11, 2023, and shall not exceed 20 pages; Plaintiff's opposition brief is due on or before October 3, 2023, and shall not exceed 30 pages; Any amicus briefs in support of Plaintiff's opposition are due on or before October 10, 2023, and shall not exceed 20 pages; Defendants' reply brief is due on or before October 24, 2023, and shall not exceed 15 pages. Additionally, the Court is in receipt of the parties' proposed case management plan dated July 20, 2023. (Dkt. #32). It is the Court's practice to stay discovery during the pendency of a fully dispositive motion and, as such, will not enter the case management plan at this time. To the extent necessary, the Court will order the parties to file an amended proposed case management plan following its decision on the above motion. The Clerk of Court is directed to terminate the pending motion at docket number 23. SO ORDERED., ( Brief due by 8/4/2023., Responses due by 10/3/2023, Replies due by 10/24/2023.) (Signed by Judge Katherine Polk Failla on 7/20/2023) (ama) (Entered: 07/20/2023) |

| 08/04/2023 | 35 | MOTION for Judgment on the Pleadings . Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 08/04/2023) |
|---|---|---|
| 08/04/2023 | 36 | MEMORANDUM OF LAW in Support re: 35 MOTION for Judgment on the Pleadings . . Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 08/04/2023) |
| 08/04/2023 | 37 | DECLARATION of David P.T. Webb in Support re: 35 MOTION for Judgment on the Pleadings .. Document filed by Coinbase Global, Inc., Coinbase, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J).(Webb, David) (Entered: 08/04/2023) |
| 08/07/2023 | 38 | MOTION for Michael R. Dreeben to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28113820. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by AH Capital Management, LLC., Paradigm Operations LP. (Attachments: # 1 Exhibit Declaration of Michael R. Dreeben, # 2 Exhibit Certificate of Good Standing DC Bar, # 3 Proposed Order Granting Motion for Admission Pro Hac Vice). (Dreeben, Michael) (Entered: 08/07/2023) |
| 08/07/2023 | 39 | MOTION for William K. Pao to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28113911. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by AH Capital Management, LLC., Paradigm Operations LP. (Attachments: # 1 Exhibit Declaration of William K. Pao, # 2 Exhibit Certificate of Good Standing Supreme Court of California, # 3 Proposed Order Granting Motion for Admission Pro Hac Vice).(Pao, William) (Entered: 08/07/2023) |
| 08/07/2023 | 40 | MOTION for Melissa C. Cassel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28113932. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by AH Capital Management, LLC., Paradigm Operations LP. (Attachments: # 1 Exhibit Declaration of Melissa C. Cassel, # 2 Exhibit Certificate of Good Standing Supreme Court of California, # 3 Proposed Order Granting Motion for Admission Pro Hac Vice).(Cassel, Melissa) (Entered: 08/07/2023) |
| 08/07/2023 | 41 | MOTION for Andrew R. Hellman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28113952. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by AH Capital Management, LLC., Paradigm Operations LP. (Attachments: # 1 Exhibit Declaration of Andrew R. Hellman, # 2 Exhibit Certificate of Good Standing Supreme Court of Maryland, # 3 Exhibit Certificate of Good Standing DC Bar, # 4 Proposed Order Granting Motion for Admission Pro Hac Vice).(Hellman, Andrew) (Entered: 08/07/2023) |
| 08/08/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 38 MOTION for Michael R. Dreeben to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28113820. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 08/08/2023) |

| 08/08/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 39 MOTION for William K. Pao to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28113911. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 08/08/2023) |
| --- | --- | --- |
| 08/08/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 40 MOTION for Melissa C. Cassel to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28113932. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 08/08/2023) |
| 08/08/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 41 MOTION for Andrew R. Hellman to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28113952. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (dsh)** (Entered: 08/08/2023) |
| 08/08/2023 | 42 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE granting 39 Motion for William K. Pao to Appear Pro Hac Vice. The Clerk of Court is directed to terminate the pending motion at docket number 39. (Signed by Judge Katherine Polk Failla on 8/8/2023) (rro) (Entered: 08/08/2023) |
| 08/08/2023 | 43 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE granting 38 Motion for Michael R. Dreeben to Appear Pro Hac Vice. The Clerk of Court is directed to terminate the pending motion at docket number 38. (Signed by Judge Katherine Polk Failla on 8/8/2023) (rro) (Entered: 08/08/2023) |
| 08/08/2023 | 44 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE granting 41 Motion for Andrew R. Hellman to Appear Pro Hac Vice. The Clerk of Court is directed to terminate the pending motion at docket number 41. (Signed by Judge Katherine Polk Failla on 8/8/2023) (rro) (Entered: 08/08/2023) |
| 08/08/2023 | 45 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE granting 40 Motion for Melissa C. Cassel to Appear Pro Hac Vice. The Clerk of Court is directed to terminate the pending motion at docket number 40.. (Signed by Judge Katherine Polk Failla on 8/8/2023) (rro) (Entered: 08/08/2023) |
| 08/10/2023 | 46 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Michelle S. Kallen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28132026. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cynthia M. Lummis. (Attachments: # 1 Affidavit in Support of Pro Hac Vice Admission, # 2 Exhibit - Certificates of Good Standing, # 3 Proposed Order Granting Motion for Admission Pro Hac Vice).(Kallen, Michelle) Modified on 8/10/2023 (sgz). (Entered: 08/10/2023) |
| 08/10/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 46 MOTION for Michelle** |

| | | |
|---|---|---|
| | | **S. Kallen to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28132026. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): missing Certificate of Good Standing from Supreme Court of California;. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order. (sgz)** (Entered: 08/10/2023) |
| 08/10/2023 | 47 | MOTION for Michelle S. Kallen to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cynthia M. Lummis. (Attachments: # 1 Affidavit in Support of Pro Hac Vice Admission, # 2 Exhibit - Certificates of Good Standing, # 3 Proposed Order Granting Motion for Admission Pro Hac Vice).(Kallen, Michelle) (Entered: 08/10/2023) |
| 08/11/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 47 MOTION for Michelle S. Kallen to Appear Pro Hac Vice. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 08/11/2023) |
| 08/11/2023 | 48 | Amicus Curiae APPEARANCE entered by C. Harker Rhodes, IV on behalf of Blockchain Association, Crypto Council for Innovation, Chamber of Progress, Consumer Technology Association..(Rhodes, C.) (Entered: 08/11/2023) |
| 08/11/2023 | 49 | ORDER granting 47 Motion for Michelle S. Kallen to Appear Pro Hac Vice. The Clerk of Court is directed to terminate the pending motion at docket number 47. (Signed by Judge Katherine Polk Failla on 8/11/2023) (ate) (Entered: 08/11/2023) |
| 08/11/2023 | 50 | BRIEF re: 35 MOTION for Judgment on the Pleadings . *(Brief of Amici Curiae Andreessen Horowitz and Paradigm in Support of Defendants' Motion for Judgment on the Pleadings).* Document filed by AH Capital Management, L.L.C., Paradigm Operations LP..(Dreeben, Michael) (Entered: 08/11/2023) |
| 08/11/2023 | 51 | Amicus Curiae APPEARANCE entered by Sarah Ann Purtill on behalf of Cynthia M. Lummis..(Purtill, Sarah) (Entered: 08/11/2023) |
| 08/11/2023 | 52 | Amicus Curiae APPEARANCE entered by Kayvan Betteridge Sadeghi on behalf of Cynthia M. Lummis..(Sadeghi, Kayvan) (Entered: 08/11/2023) |
| 08/11/2023 | 53 | BRIEF / *Amicus Curiae Brief of United States Senator Cynthia M. Lummis.* Document filed by Cynthia M. Lummis..(Kallen, Michelle) (Entered: 08/11/2023) |
| 08/11/2023 | 54 | Amicus Curiae APPEARANCE entered by Paul Whitfield Hughes, III on behalf of The Chamber of Digital Commerce..(Hughes, Paul) (Entered: 08/11/2023) |
| 08/11/2023 | 55 | BRIEF re: 35 MOTION for Judgment on the Pleadings . *Brief Amicus Curiae of The Chamber of Digital Commerce.* Document filed by The Chamber of Digital Commerce..(Hughes, Paul) (Entered: 08/11/2023) |

| 08/11/2023 | 56 | Amicus Curiae APPEARANCE entered by Joseph B. Evans on behalf of The Chamber of Digital Commerce..(Evans, Joseph) (Entered: 08/11/2023) |
|---|---|---|
| 08/11/2023 | 57 | NOTICE OF APPEARANCE by Vincent Gregory Levy on behalf of Securities Law Scholars..(Levy, Vincent) (Entered: 08/11/2023) |
| 08/11/2023 | 58 | NOTICE OF APPEARANCE by Alison B. Miller on behalf of Securities Law Scholars..(Miller, Alison) (Entered: 08/11/2023) |
| 08/11/2023 | 59 | BRIEF *of Amici Curiae*. Document filed by Securities Law Scholars..(Levy, Vincent) (Entered: 08/11/2023) |
| 08/11/2023 | 60 | BRIEF *of Amicus Curiae*. Document filed by DeFi Education Fund..(Gruenstein, Benjamin) (Entered: 08/11/2023) |
| 08/14/2023 | 61 | MOTION for William F. Ryan to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28142284. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Cynthia M. Lummis. (Attachments: # 1 Affidavit in Support, # 2 Exhibit /Certificate of Good Standing, # 3 Proposed Order /Text of Proposed Order).(Ryan, William) (Entered: 08/14/2023) |
| 08/14/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 61 MOTION for William F. Ryan to Appear Pro Hac Vice. Filing fee $ 200.00, receipt number ANYSDC-28142284. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 08/14/2023) |
| 08/14/2023 | 62 | BRIEF *of Amici Curiae timely filed on August 11, 2023 at ECF 48*. Document filed by Blockchain Association, Chamber of Progress, Crypto Council for Innovation..(Rhodes, C.) (Entered: 08/14/2023) |
| 08/15/2023 | 63 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE granting 61 Motion for William F. Ryan to Appear Pro Hac Vice. The Clerk of Court is directed to terminate the pending motion at docket number 61. (Signed by Judge Katherine Polk Failla on 8/15/2023) (rro) (Entered: 08/15/2023) |
| 08/22/2023 | 64 | Amicus Curiae APPEARANCE entered by Brianna Alexandra Perez on behalf of The Chamber of Digital Commerce..(Perez, Brianna) (Entered: 08/22/2023) |
| 08/31/2023 | 65 | MOTION for Patrick V. Kennedy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28227320. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by The Chamber of Digital Commerce. (Attachments: # 1 Affidavit Affidavit of Patrick Kennedy, # 2 Supplement Certificate of Good Standing, # 3 Proposed Order Proposed Order).(Kennedy, Patrick) (Entered: 08/31/2023) |
| 08/31/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 65 MOTION for Patrick V. Kennedy to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28227320. Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (sgz)** (Entered: 08/31/2023) |
| 09/01/2023 | 66 | |

| | | |
|---|---|---|
| | | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE: granting 65 Motion for Patrick V. Kennedy to Appear Pro Hac Vice. The Clerk of Court is directed to terminate the pending motion at docket number 65. IT IS SO ORDERED. (Signed by Judge Katherine Polk Failla on 9/01/2023) (ama) (Entered: 09/01/2023) |
| 09/25/2023 | 67 | MOTION for Patrick R. Costello to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Securities and Exchange Commission. (Attachments: # 1 Exhibit Declaration of Patrick R. Costello, # 2 Exhibit Certificate of Good Standing Supreme Court of Georgia, # 3 Exhibit Certificate of Good Standing Supreme Court of Florida, # 4 Proposed Order Granting Motion for Admission Pro Hac Vice).(Costello, Patrick) (Entered: 09/25/2023) |
| 09/25/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 67 MOTION for Patrick R. Costello to Appear Pro Hac Vice. Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 09/25/2023) |
| 09/26/2023 | 68 | ORDER FOR ADMISSION PRO HAC VICE granting 67 Motion for Patrick R. Costello to Appear Pro Hac Vice. The Clerk of Court is directed to terminate the pending motion at docket number 67. (Signed by Judge Katherine Polk Failla on 9/26/2023) (rro) (Entered: 09/26/2023) |
| 10/03/2023 | 69 | MEMORANDUM OF LAW in Opposition re: 35 MOTION for Judgment on the Pleadings . . Document filed by Securities and Exchange Commission.. (Costello, Patrick) (Entered: 10/03/2023) |
| 10/03/2023 | 70 | DECLARATION of Patrick R. Costello in Opposition re: 35 MOTION for Judgment on the Pleadings .. Document filed by Securities and Exchange Commission. (Attachments: # 1 Exhibit A).(Costello, Patrick) (Entered: 10/03/2023) |
| 10/06/2023 | 71 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Orlando Economos to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28390159. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Administrative Law Scholars. Return Date set for 10/10/2023 at 11:00 AM. (Attachments: # 1 Affidavit Affidavit in Support, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Text of Proposed Order).(Economos, Orlando) Modified on 10/6/2023 (va). (Entered: 10/06/2023) |
| 10/06/2023 | 72 | **FILING ERROR - DEFICIENT DOCKET ENTRY -** MOTION for Sarah Goetz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28390812. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Administrative Law Scholars. (Attachments: # 1 Affidavit Affidavit in Support, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Text of Proposed Order).(Goetz, Sarah) Modified on 10/6/2023 (va). (Entered: 10/06/2023) |
| 10/06/2023 | | |

| | | |
|---|---|---|
| | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 71 MOTION for Orlando Economos to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28390159. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): notary stamp should NOT be electronic. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order. (va)** (Entered: 10/06/2023) |
| 10/06/2023 | | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE-FILE Document No. 72 MOTION for Sarah Goetz to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC-28390812. Motion and supporting papers to be reviewed by Clerk's Office staff. The filing is deficient for the following reason(s): notary stamp should NOT be electronic. Re-file the motion as a Motion to Appear Pro Hac Vice - attach the correct signed PDF - select the correct named filer/filers - attach valid Certificates of Good Standing issued within the past 30 days - attach Proposed Order. (va)** (Entered: 10/06/2023) |
| 10/06/2023 | 73 | MOTION for Orlando Economos to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Administrative Law Scholars. (Attachments: # 1 Affidavit Affidavit in Support, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Text of Proposed Order).(Economos, Orlando) (Entered: 10/06/2023) |
| 10/06/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 73 MOTION for Orlando Economos to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 10/06/2023) |
| 10/10/2023 | 74 | MOTION for Sarah R. Goetz to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Administrative Law Scholars. (Attachments: # 1 Affidavit in Support of Pro Hac Vice Admission, # 2 Exhibit Certificate of Good Standing, # 3 Proposed Order Granting Admission Pro Hac Vice).(Goetz, Sarah) (Entered: 10/10/2023) |
| 10/10/2023 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 74 MOTION for Sarah R. Goetz to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff. The document has been reviewed and there are no deficiencies. (va)** (Entered: 10/10/2023) |
| 10/10/2023 | 75 | FIRST LETTER MOTION to File Amicus Brief addressed to Judge Katherine Polk Failla from Scott D. Brenner, Esq (Parlatore Law Group LLP) dated October 10, 2023. Document filed by New Finance Institute. (Attachments: # 1 Exhibit Brief in Support of Plaintiff's Opposition to Defendants' Motion on the Pleadings).(Brenner, Scott) (Entered: 10/10/2023) |
| 10/10/2023 | 76 | |

| | | |
|---|---|---|
| | | Amicus Curiae APPEARANCE entered by Vincente Leon Martinez on behalf of North American Securities Administrators Association, Inc...(Martinez, Vincente) (Entered: 10/10/2023) |
| 10/10/2023 | 77 | **FILING ERROR - WRONG EVENT TYPE SELECTED FROM MENU -** MOTION to File Amicus Brief . Document filed by North American Securities Administrators Association, Inc. (Martinez, Vincente) Modified on 10/25/2023 (db). (Entered: 10/10/2023) |
| 10/10/2023 | 78 | FIRST MOTION to File Amicus Brief *in Support of Plaintiff*. Document filed by Administrative Law Scholars. (Attachments: # 1 Exhibit Amicus Brief of Administrative Law Scholars).(Dubner, Jeffrey) (Entered: 10/10/2023) |
| 10/10/2023 | 79 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE granting 73 Motion for Orlando Economos to Appear Pro Hac Vice. The Clerk of the Court is directed to terminate the pending motion at docket number 73.IT IS SO ORDERED.. (Signed by Judge Katherine Polk Failla on 10/10/2023) (rro) (Entered: 10/11/2023) |
| 10/10/2023 | 80 | ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE granting 74 Motion for Sarah R. Goetz to Appear Pro Hac Vice. The Clerk of the Court is directed to terminate the pending motion at docket number 74.. (Signed by Judge Katherine Polk Failla on 10/10/2023) (rro) (Entered: 10/11/2023) |
| 10/20/2023 | 81 | NOTICE of Supplemental Authority. Document filed by Securities and Exchange Commission. (Attachments: # 1 Exhibit Exhibit A).(Mancuso, Peter) (Entered: 10/20/2023) |
| 10/23/2023 | 82 | NOTICE OF APPEARANCE by Emily Rose Barreca on behalf of Coinbase Global, Inc., Coinbase, Inc...(Barreca, Emily) (Entered: 10/23/2023) |
| 10/24/2023 | 83 | REPLY MEMORANDUM OF LAW in Support re: 35 MOTION for Judgment on the Pleadings . . Document filed by Coinbase Global, Inc., Coinbase, Inc... (Savitt, William) (Entered: 10/24/2023) |
| 10/24/2023 | 84 | LETTER MOTION for Oral Argument addressed to Judge Katherine Polk Failla from William Savitt dated October 24, 2023. Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 10/24/2023) |
| 10/25/2023 | 85 | NOTICE OF APPEARANCE by Scott David Brenner on behalf of New Finance Institute..(Brenner, Scott) (Entered: 10/25/2023) |
| 10/25/2023 | 86 | ORDER granting 84 Letter Motion for Oral Argument. The Court is in receipt of Defendants' request for oral argument concerning Defendants' Motion for Judgment on the Pleadings. The request is GRANTED. In light of the Court's substantial trial and hearing calendar for the remainder of this year, the parties are hereby ORDERED to appear for oral argument on January 17, 2024, at 10:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. Additionally, the parties are instructed to meet and confer with each other and with those amici curiae who wish to be heard to propose a reasonable schedule for oral argument, including duration and division of time for each side. The parties shall file a joint submission containing the proposed schedule on or before November 17, 2023. The Clerk |

| | | |
|---|---|---|
| | | of the Court is directed to terminate the pending motion at docket number 84. SO ORDERED. (Signed by Judge Katherine Polk Failla on 10/25/2023) (jca) (Entered: 10/25/2023) |
| 10/25/2023 | | Set/Reset Hearings: Oral Argument set for 1/17/2024 at 10:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. (jca) (Entered: 10/25/2023) |
| 10/25/2023 | | ***NOTICE TO ATTORNEY TO RE-FILE DOCUMENT - EVENT TYPE ERROR. Notice to Attorney Vincente Leon Martinez to RE-FILE Document 77 MOTION to File Amicus Brief . ***REMINDER*** - Motion to File Amicus Brief WAS NOT FILED. First file Motion, then attached Amicus Brief to Motion. (db) (Entered: 10/25/2023) |
| 10/26/2023 | 87 | MOTION to File Amicus Brief . Document filed by North American Securities Administrators Association, Inc.. (Attachments: # 1 Exhibit Amicus Brief). (Martinez, Vincente) (Entered: 10/26/2023) |
| 10/27/2023 | 88 | MEMO ENDORSEMENT granting 87 Letter Motion to File Amicus Brief. ENDORSEMENT: It is the Court's understanding that this amicus brief was previously filed on October 10, 2023, (Dkt. #77), but that a filing error occurred. The amicus brief has been re-filed to correct any deficiencies. Application GRANTED. In light of the late submission, Defendants are permitted, but not required, to file a response of no more than three (3) pages addressing the contents of this amicus brief on or before November 3, 2023. The Court of the Clerk is directed to terminate the pending motion at docket number 87. (Signed by Judge Katherine Polk Failla on 10/27/2023) (rro) (Entered: 10/27/2023) |
| 10/27/2023 | | Set/Reset Deadlines: Responses to Brief due by 11/3/2023 (rro) (Entered: 10/27/2023) |
| 11/03/2023 | 89 | RESPONSE re: 88 Order on Motion to File Amicus Brief,, . Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 11/03/2023) |
| 11/06/2023 | 90 | FIRST LETTER MOTION to Expedite addressed to Judge Katherine Polk Failla from Scott D. Brenner, Esq (Parlatore Law Group LLP) dated November 6, 2023. Document filed by New Finance Institute..(Brenner, Scott) (Entered: 11/06/2023) |
| 11/09/2023 | 91 | ORDER terminating 75 Letter Motion to File Amicus Brief; terminating 78 Letter Motion to File Amicus Brief; denying as moot 90 Letter Motion to Expedite. The Court is in receipt of New Finance Institute's ("NFI") letter regarding its Motion for Leave to File its Amicus Brief. (Dkt. #90). The Court's endorsement, dated July 20, 2023, provided a schedule for the submissions of any amicus briefs. (Dkt. #34). Accordingly, amicus briefs that have been timely submitted, including NFI's brief, are deemed accepted. Therefore, NFI's request is DENIED as moot. As instructed by the Court's Order, dated October 25, 2023, (Dkt. #86), all parties are instructed to meet and confer with each other and with those amici curiae who wish to be heard to propose a reasonable schedule for oral argument. The Court takes no position on the schedule. The Clerk of the Court is directed to terminate the pending motions at docket |

| | | |
|---|---|---|
| | | numbers 75, 78, and 90. SO ORDERED. (Signed by Judge Katherine Polk Failla on 11/9/2023) (vfr) (Entered: 11/09/2023) |
| 11/16/2023 | 92 | JOINT LETTER addressed to Judge Katherine Polk Failla from W. Savitt and P. Costello dated November 16, 2023 re: Proposed Oral Argument Schedule. Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 11/16/2023) |
| 11/17/2023 | 93 | MEMO ENDORSEMENT on re: 92 Letter filed by Coinbase, Inc., Coinbase Global, Inc. ENDORSEMENT: The Court is in receipt of the parties' joint letter regarding the schedule for the January 17, 2024 oral argument and accepts the parties' proposal. SO ORDERED. (Signed by Judge Katherine Polk Failla on 11/17/2023) (vfr) (Entered: 11/17/2023) |
| 11/17/2023 | 94 | LETTER addressed to Judge Katherine Polk Failla from Scott D. Brenner, Esq (Parlatore Law Group LLP) dated November 17, 2023 re: Letter regarding New Finance Institute's pending request to participate in Oral Argument. Document filed by New Finance Institute..(Brenner, Scott) (Entered: 11/17/2023) |
| 11/17/2023 | 95 | AMENDED LETTER addressed to Judge Katherine Polk Failla from Scott D. Brenner, Esq (Parlatore Law Group LLP) dated November 17, 2023 re: Letter regarding New Finance Institute's pending request to participate in Oral Argument. Document filed by New Finance Institute..(Brenner, Scott) (Entered: 11/17/2023) |
| 11/20/2023 | 96 | MEMO ENDORSEMENT on re: 95 Letter, filed by New Finance Institute ENDORSEMENT The Court is in receipt of New Finance Institute's ("NFI") letter requesting the Court modify its November 17, 2023 Order, (Dkt #93), accepting the proposed oral argument schedule. (Dkt. # 95). Application DENIED. The Court sees no reason to deviate from the so ordered schedule. SO ORDERED. (Signed by Judge Katherine Polk Failla on 11/20/2023) (jca) (Entered: 11/20/2023) |
| 12/15/2023 | 97 | NOTICE of Withdrawal of Counsel Michael R. Dreeben Pursuant to Local Rule 1.4. Document filed by AH Capital Management, L.L.C., Paradigm Operations LP..(Pao, William) (Entered: 12/15/2023) |
| 01/02/2024 | | NOTICE OF PUBLIC REMOTE ACCESS re: 86 Order on Motion for Oral Argument: The hearing scheduled for 1/17/2024 will have listen-only remote audio access available to the public by dialing in to (888) 363-4749, and entering access code 5123533. **Lead counsel/oralists are expected to appear in person.** Counsel who do not expect to have an active participating role during the hearing are encouraged to use the public listen-only line. ***No PDF is attached to this entry. (tn) (Entered: 01/02/2024) |
| 01/04/2024 | 98 | NOTICE of of Supplemental Authority re: 69 Memorandum of Law in Opposition to Motion. Document filed by Securities and Exchange Commission..(Margida, Nicholas) (Entered: 01/04/2024) |
| 01/17/2024 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Oral Argument held on 1/17/2024 re: 35 MOTION for Judgment on the Pleadings filed by Coinbase, Inc., Coinbase Global, Inc.: Attorneys Patrick Reinhold |

| | | |
|---|---|---|
| | | Costello, Jorge Gerardo Tenreiro, Nicholas Margida, and Peter Mancuso representing Plaintiff present. Attorneys William D. Savitt, Kevin S. Schwartz, Sarah Kathleen Eddy, and Steven Robert Peikin representing Defendants present. The Court defers ruling on Defendant's motion. (Court Reporter Tracy Groth and Nicole Dimasi) (tn) (Entered: 01/17/2024) |
| 01/19/2024 | 99 | MOTION for Ladan Stewart to Withdraw as Attorney *for Plaintiff*. Document filed by Securities and Exchange Commission. (Attachments: # 1 Proposed Order A).(Stewart, Ladan) (Entered: 01/19/2024) |
| 01/22/2024 | 100 | MEMO ENDORSEMENT granting 99 Motion to Withdraw as Attorney. ENDORSEMENT: The Court wishes Ms. Stewart the best in her future endeavors. The Clerk of Court is directed to terminate the pending motion at docket entry 99, and to terminate Ms. Stewart from the docket. Attorney Ladan Fazlollahi Stewart terminated. (Signed by Judge Katherine Polk Failla on 1/22/2024) (rro) (Entered: 01/22/2024) |
| 01/22/2024 | 101 | TRANSCRIPT of Proceedings re: HEARING held on 1/17/2024 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Nicole DIMasi, (212) 805-0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 2/12/2024. Redacted Transcript Deadline set for 2/22/2024. Release of Transcript Restriction set for 4/22/2024..(McGuirk, Kelly) (Entered: 01/22/2024) |
| 01/22/2024 | 102 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a HEARING proceeding held on 1/17/2024 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(McGuirk, Kelly) (Entered: 01/22/2024) |
| 03/04/2024 | 103 | NOTICE of Supplemental Authority. Document filed by Securities and Exchange Commission. (Attachments: # 1 Exhibit A).(Mancuso, Peter) (Entered: 03/04/2024) |
| 03/05/2024 | 104 | NOTICE of Response to Notice of Supplemental Authority re: 103 Notice (Other). Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 03/05/2024) |
| 03/27/2024 | 105 | OPINION AND ORDER granting in part and denying in part 35 Motion for Judgment on the Pleadings: For the forgoing reasons, the Court DENIES Defendants' motion for judgment on the pleadings insofar as the Court finds the SEC has sufficiently pleaded that Coinbase operates as an exchange, as a broker, and as a clearing agency under the federal securities laws, and, through its Staking Program, engages in the unregistered offer and sale of securities. The Court further finds that the SEC has sufficiently pleaded control person liability for CGI under the Exchange Act. The Court GRANTS Defendants' motion, however, with respect to the SEC's claims regarding Wallet. The Clerk of Court is directed to terminate the motion at docket entry 35. The parties are |

| | | |
|---|---|---|
| | | directed to submit a proposed case management plan on or before April 19, 2024. (Signed by Judge Katherine Polk Failla on 3/27/2024) (tn) (Entered: 03/27/2024) |
| 03/28/2024 | 106 | MOTION for Alison B. Miller to Withdraw as Attorney . Document filed by Securities Law Scholars..(Miller, Alison) (Entered: 03/28/2024) |
| 03/28/2024 | 107 | DECLARATION of Alison B. Miller in Support re: 106 MOTION for Alison B. Miller to Withdraw as Attorney .. Document filed by Securities Law Scholars..(Miller, Alison) (Entered: 03/28/2024) |
| 03/29/2024 | 108 | MEMO ENDORSEMENT granting 106 Motion to Withdraw as Attorney. ENDORSEMENT: Application GRANTED. The Clerk of Court is directed to terminate the pending motion at docket number 106. Attorney Alison B. Miller terminated. (Signed by Judge Katherine Polk Failla on 3/29/2024) (rro) (Entered: 03/29/2024) |
| 04/12/2024 | 109 | MOTION for Leave to Appeal Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 04/12/2024) |
| 04/12/2024 | 110 | MEMORANDUM OF LAW in Support re: 109 MOTION for Leave to Appeal . Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 04/12/2024) |
| 04/18/2024 | 111 | LETTER MOTION for Extension of Time to File Response/Reply as to 110 Memorandum of Law in Support of Motion *to Certify Interlocutory Appeal* addressed to Judge Katherine Polk Failla from Peter Mancuso dated April 18, 2024. Document filed by Securities and Exchange Commission..(Mancuso, Peter) (Entered: 04/18/2024) |
| 04/19/2024 | 112 | JOINT LETTER addressed to Judge Katherine Polk Failla from K. Schwartz and P. Mancuso dated April 19, 2024 re: Proposed Case Management Plan. Document filed by Coinbase Global, Inc., Coinbase, Inc.. (Attachments: # 1 Exhibit Proposed Case Management Plan).(Schwartz, Kevin) (Entered: 04/19/2024) |
| 04/19/2024 | 113 | ORDER granting 111 Letter Motion for Extension of Time to File Response/Reply re 111 LETTER MOTION for Extension of Time to File Response/Reply as to 110 Memorandum of Law in Support of Motion *to Certify Interlocutory Appeal* addressed to Judge Katherine Polk Failla from Peter Mancuso dated April 18, 2024. Application GRANTED. The Court adopts the briefing schedule proposed by the parties. The Clerk of Court is directed to terminate the pending motion at docket number 111. SO ORDERED. (Signed by Judge Katherine Polk Failla on 4/19/2024) Responses due by 5/17/2024 Replies due by 5/24/2024. (ks) (Entered: 04/19/2024) |
| 04/19/2024 | 114 | Amicus Curiae APPEARANCE entered by John Deaton on behalf of John Deaton on behalf of 4,701 Coinbase Customers..(Deaton, John) (Entered: 04/19/2024) |
| 04/19/2024 | 115 | MEMO ENDORSEMENT on re: 112 Letter, filed by Coinbase, Inc., Coinbase Global, Inc. ENDORSEMENT: The Court is in receipt of the parties' letter and case management plan, which plan it will endorse in a separate order. In light |

| | | |
|---|---|---|
| | | of Defendants' request for leave to appeal, the Court endorses Defendants' proposed discovery date terms. (Signed by Judge Katherine Polk Failla on 4/19/2024) (rro) (Entered: 04/19/2024) |
| 04/19/2024 | 116 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). Fact Discovery due by 10/18/2024. All expert discovery, including reports, production of underlying documents, and depositions, shall be completed no later than 12/20/2024. Depositions of fact witnesses shall be completed by close of fact discovery (7(e)). This case is to be tried to a jury. Counsel for the parties have conferred and the present best estimate of the length of trial is 2-3 weeks. Pretrial Conference set for 10/24/2024 at 03:00 PM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. (Signed by Judge Katherine Polk Failla on 4/19/2024) (rro) (Entered: 04/19/2024) |
| 04/26/2024 | 117 | BRIEF re: 109 MOTION for Leave to Appeal . Document filed by John Deaton on behalf of 4,701 Coinbase Customers..(Deaton, John) (Entered: 04/26/2024) |
| 04/26/2024 | 118 | DECLARATION of John E. Deaton in Support re: 109 MOTION for Leave to Appeal . Document filed by John Deaton on behalf of 4,701 Coinbase Customers. (Attachments: # 1 Exhibit A-affidavit from Ripple case, # 2 Exhibit B LBRY transcript Jan 30, 2023, # 3 Exhibit C-LBRY transcript Nov 21, 2022).(Deaton, John) (Entered: 04/26/2024) |
| 04/26/2024 | 119 | Amicus Curiae APPEARANCE entered by Donald B. Verrilli, Jr on behalf of Blockchain Association..(Verrilli, Donald) (Entered: 04/26/2024) |
| 04/26/2024 | 120 | BRIEF re: 109 MOTION for Leave to Appeal . Document filed by Blockchain Association..(Verrilli, Donald) (Entered: 04/26/2024) |
| 05/02/2024 | 121 | MOTION for David Stuart Mendel to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Securities and Exchange Commission. (Attachments: # 1 Affidavit Declaration of David S. Mendel, # 2 Exhibit Certificates of Good Standing, # 3 Proposed Order Admission Pro Hac Vice).(Mendel, David) Modified on 5/2/2024 (bc). Modified on 5/2/2024 (bc). (Entered: 05/02/2024) |
| 05/02/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 121 MOTION for David Stuart Mendel to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 05/02/2024) |
| 05/03/2024 | 122 | ORDER granting 121 Motion for David S. Mendel to Appear Pro Hac Vice. The Clerk of Court is directed to terminate the pending motion at docket number 121. (Signed by Judge Katherine Polk Failla on 5/3/2024) (ate) (Entered: 05/03/2024) |
| 05/03/2024 | 123 | MOTION for Rebecca Rakatansky Dunnan to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document |

| | | |
|---|---|---|
| | | filed by Securities and Exchange Commission. (Attachments: # 1 Affidavit Declaration of Rebecca R. Dunnan, # 2 Exhibit Certificates of Good Standing, # 3 Proposed Order Admission Pro Hac Vice).(Dunnan, Rebecca) (Entered: 05/03/2024) |
| 05/03/2024 | | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 123 MOTION for Rebecca Rakatansky Dunnan to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 05/03/2024) |
| 05/06/2024 | 124 | ORDER FOR ADMISSION PRO HAC VICE granting 123 Motion to Appear Pro Hac Vice. The motion of Rebecca R. Dunnan ("Applicant"), for admission to practice Pro Hac Vice in the above captioned action is GRANTED. The Clerk of Court is directed to terminate the pending motion at docket number 123. SO ORDERED. (Signed by Judge Katherine Polk Failla on 5/6/2024) (jca) (Entered: 05/06/2024) |
| 05/10/2024 | 125 | MEMORANDUM OF LAW in Opposition re: 109 MOTION for Leave to Appeal *Pursuant to 28 USC 1292(b)*. Document filed by Securities and Exchange Commission..(Mancuso, Peter) (Entered: 05/10/2024) |
| 05/20/2024 | 126 | JOINT LETTER addressed to Judge Katherine Polk Failla from K. Schwartz and P. Costello dated May 20, 2024 re: Proposed Orders Governing Discovery. Document filed by Coinbase Global, Inc., Coinbase, Inc.. (Attachments: # 1 Proposed Order - Stipulation and Proposed Protective Order, # 2 Proposed Order - Stipulation and Proposed FRE 502(d) Order).(Schwartz, Kevin) (Entered: 05/20/2024) |
| 05/22/2024 | 127 | MEMO ENDORSEMENT on re: 126 Letter, filed by Coinbase, Inc., Coinbase Global, Inc. ENDORSEMENT: The Court is in receipt of the parties' Stipulation and Proposed Protective Order, as well as the Stipulation and Proposed Fed. R. Evid. 502(d) Order. (See Dkt. #126). The parties shall re-submit the orders to conform with the following: - With respect to the Protective Order, Section G/Paragraph 22 shall adopt the SEC's proposed language. - With respect to the Fed. R. Evid. 502(d) Order, Section 2(b)-(c) shall adopt Coinbase's proposed language with the addition of field "iv." of the SEC's proposed language, stating "Privilege asserted or other reason for withholding or not producing the document." SO ORDERED (Signed by Judge Katherine Polk Failla on 5/22/2024) (ks) (Entered: 05/22/2024) |
| 05/24/2024 | 128 | REPLY MEMORANDUM OF LAW in Support re: 109 MOTION for Leave to Appeal . Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 05/24/2024) |
| 05/24/2024 | 129 | DECLARATION of David P.T. Webb in Support re: 109 MOTION for Leave to Appeal . Document filed by Coinbase Global, Inc., Coinbase, Inc.. (Attachments: # 1 Exhibit A - SEC RFP, # 2 Exhibit B - SEC RFA, # 3 Exhibit C - SEC Rule 45 Letter, # 4 Exhibit D - SEC RFI, # 5 Exhibit E - SEC Initial Disclosures).(Webb, David) (Entered: 05/24/2024) |
| 05/24/2024 | 130 | |

| | | LETTER addressed to Judge Katherine Polk Failla from K. Schwartz and P. Costello dated May 24, 2024 re: Conformed Proposed Orders Governing Discovery. Document filed by Coinbase Global, Inc., Coinbase, Inc.. (Attachments: # 1 Proposed Order - Stipulation and Proposed Protective Order, # 2 Proposed Order - Stipulation and Proposed FRE 502(d) Order).(Schwartz, Kevin) (Entered: 05/24/2024) |
|---|---|---|
| 05/28/2024 | 131 | STIPULATION AND PROPOSED PROTECTIVE ORDER...regarding procedures to be followed that shall govern the handling of confidential material...This confidentiality agreement does not bind the Court or any of its personnel. The Court can modify this stipulation at any time. The Court will retain jurisdiction over the terms and conditions of this agreement only for the pendency of this litigation. Any party wishing to make redacted or sealed submissions shall comply with Rule 9 of this Court'sIndividual Rules of Civil Procedure. (Signed by Judge Katherine Polk Failla on 5/28/2024) (rro) (Entered: 05/28/2024) |
| 05/28/2024 | 132 | STIPULATION AND PROPOSED FED. R. EVID. 502(d) ORDER: Upon stipulation of Plaintiff Securities and Exchange Commission and Defendants Coinbase, Inc. and Coinbase Global, Inc. (collectively, "Parties," and individually, a "Party"), and pursuant to Section 7(d) of the Civil Case Management Plan and Scheduling Order (D.E. 116), the Court enters this proposed Order under Fed. R. Evid. 502(d) to govern the inadvertent production of certain documents by the parties during the course of this proceeding and further set forth in this Order. (Signed by Judge Katherine Polk Failla on 5/28/2024) (rro) (Entered: 05/28/2024) |
| 06/28/2024 | 133 | LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Katherine Polk Failla from SEC dated June 28, 2024. Document filed by Securities and Exchange Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E).(Tenreiro, Jorge) (Entered: 06/28/2024) |
| 07/01/2024 | 134 | NOTICE of Supplemental Authority re: 109 MOTION for Leave to Appeal . Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 07/01/2024) |
| 07/03/2024 | 135 | NOTICE of Response to Notice of Supplemental Authority re: 134 Notice (Other). Document filed by Securities and Exchange Commission..(Mendel, David) (Entered: 07/03/2024) |
| 07/03/2024 | 136 | LETTER RESPONSE to Motion addressed to Judge Katherine Polk Failla from William Savitt dated July 3, 2024 re: 133 LETTER MOTION for Local Rule 37.2 Conference addressed to Judge Katherine Polk Failla from SEC dated June 28, 2024. . Document filed by Coinbase Global, Inc., Coinbase, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I). (Savitt, William) (Entered: 07/03/2024) |
| 07/10/2024 | 137 | ORDER granting 133 Letter Motion for Local Rule 37.2 Conference.The Court is in receipt of the SEC's letter seeking a pre-motion conference (Dkt. #133), as well as Coinbase's response (Dkt. #136). In light of both submissions, the |

| | | Court will hold a pre-motion conference to address the issues raised by the parties. The conference will be telephonic. The dial-in information is as follows: On July 11, 2024, at 2:00 p.m., the parties shall call (888) 363-4749 and enter access code 5123533. The Court will distribute a security code via email to the parties in advance of the conference, so that they can access the conference line. A separate listen-only public access line is available at: (877) 336-4436, with the access code 7723153. The Clerk of Court is directed to terminate the pending motion at docket number 133. SO ORDERED. Telephone Conference set for 7/11/2024 at 02:00 PM before Judge Katherine Polk Failla.. (Signed by Judge Katherine Polk Failla on 7/10/2024) (jca) (Entered: 07/11/2024) |
|---|---|---|
| 07/11/2024 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Pre-Motion Conference held on 7/11/2024. Attorneys Jorge Gerardo Tenreiro, Nicholas Margida, Patrick Reinhold Costello, Rebecca Dunnan, David S. Mendel, and Peter Mancuso representing Plaintiff present. Attorneys Kevin S. Schwartz, William D. Savitt, and Steven Robert Peikin representing Defendants present. The parties shall submit a proposed briefing schedule with regard to Plaintiff's anticipated motion to quash, by Monday, July 15, 2024. (Court Reporter recorded) (tn) (Entered: 07/12/2024) |
| 07/12/2024 | 138 | NOTICE OF APPEARANCE by Elizabeth Reilly Goody on behalf of Securities and Exchange Commission..(Goody, Elizabeth) (Entered: 07/12/2024) |
| 07/15/2024 | 139 | LETTER addressed to Judge Katherine Polk Failla from Kevin Schwartz dated July 15, 2024 re: Proposed Briefing Schedule. Document filed by Coinbase Global, Inc., Coinbase, Inc...(Schwartz, Kevin) (Entered: 07/15/2024) |
| 07/16/2024 | 140 | MEMO ENDORSEMENT on re: 139 Letter filed by Coinbase, Inc., Coinbase Global, Inc.. ENDORSEMENT: The Court is in receipt of the parties' proposed briefing schedule for Coinbase's upcoming motion to compel, as well as Coinbase's clarification with respect to the motion. (Dkt. #139). The Court hereby ADOPTS the proposed schedule. SO ORDERED. ( Brief due by 7/23/2024., Reply to Response to Brief due by 8/12/2024., Responses to Brief due by 8/5/2024) (Signed by Judge Katherine Polk Failla on 7/16/2024) (tg) (Entered: 07/16/2024) |
| 07/18/2024 | 141 | TRANSCRIPT of Proceedings re: STATUS CONFERENCE held on 7/11/2024 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Adrienne Mignano, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 8/8/2024. Redacted Transcript Deadline set for 8/19/2024. Release of Transcript Restriction set for 10/16/2024.(js) (Entered: 07/18/2024) |
| 07/18/2024 | 142 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a STATUS CONFERENCE proceeding held on 7/11/2024 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is |

| | | filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 07/18/2024) |
|---|---|---|
| 07/22/2024 | [143](#) | LETTER addressed to Judge Katherine Polk Failla from N. Margida and K. Schwartz dated July 22, 2024 re: Stipulation and Proposed Order re Forthcoming Motion to Compel. Document filed by Securities and Exchange Commission. (Attachments: # [1](#) Proposed Order Stipulation and Proposed Order re Forthcoming Motion to Compel).(Margida, Nicholas) (Entered: 07/22/2024) |
| 07/23/2024 | [144](#) | STIPULATION AND ORDER CONCERNING FORTHCOMING MOTION TO COMPEL: Defendants Coinbase, Inc. and Coinbase Global, Inc. (collectively, "Defendants") and Plaintiff Securities and Exchange Commission ("SEC") (each of the foregoing, a "Party" and, collectively, the "Parties"), having conferred about the Filing of Confidential Material in connection with the Parties' forthcoming briefing on Coinbase's motion to compel discovery from the SEC and SEC Chair Gary Gensler (the "Motion") under Paragraph 12 of the Stipulated Protective Order entered by the Court on May 28, 2024 (D.E. 131) ("Protective Order"), hereby agree to the following: 1. This Stipulation shall apply to any, and only those, court papers filed by the Parties in support of and/or opposition to the Motion, specifically, (i) Defendants' opening Motion and supporting papers; (ii) the SEC's opposition papers; and (iii) Defendants' reply papers. 2. Pursuant to Paragraph 12(a) of the Protective Order, to the extent either Party determines to file with, or submit to, the Court any "Confidential Material" (as defined and used in the Protective Order), the Filing Party (as defined and used in the Protective Order) shall file a public version of any filing that includes or references Confidential Material with the Confidential Material redacted, and shall file an unredacted version of that filing under seal. 3. The terms and obligations set forth in Paragraphs 12(b) through (f) of the Protective Order shall become operative only once the Motion is fully briefed and not before such time. 4. If either Party, in connection with the filing of Defendants' opening Motion, the SEC's opposition, and/or Defendants' reply, files or has filed a public version of a document with Confidential Material redacted, and an unredacted version of such document under seal, the Parties shall meet and confer within one (1) business day of the filing of Defendants' reply and otherwise comply with all terms and obligations set forth in Paragraphs 12(b) through (f) of the Protective Order, concerning the meet-and-confer process, the filing of any public, unredacted version(s) of any documents, and the filing of any letter motion or response thereto. 5. This Stipulation and Proposed Order is not meant to supersede, amend, or otherwise alter any of the Protective Order's terms, other than the specific terms discussed herein concerning the timing of the Parties' respective obligations concerning briefing on the Motion under Paragraph 12 of the Protective Order. SO ORDERED. (Signed by Judge Katherine Polk Failla on 7/23/2024) (tg) (Entered: 07/23/2024) |
| 07/23/2024 | [145](#) | MOTION to Compel *Production of Documents*. Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 07/23/2024) |
| 07/23/2024 | [146](#) | |

| | | |
|---|---|---|
| | | MEMORANDUM OF LAW in Support re: 145 MOTION to Compel *Production of Documents*. . Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 07/23/2024) |
| 07/23/2024 | 147 | DECLARATION of David P.T. Webb in Support re: 145 MOTION to Compel *Production of Documents*.. Document filed by Coinbase Global, Inc., Coinbase, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O).(Webb, David) (Entered: 07/23/2024) |
| 07/23/2024 | 148 | ***SELECTED PARTIES*** MEMORANDUM OF LAW in Support re: 145 MOTION to Compel *Production of Documents*. . Document filed by Coinbase, Inc., Coinbase Global, Inc., Securities and Exchange Commission. Motion or Order to File Under Seal: 144 .(Savitt, William) (Entered: 07/23/2024) |
| 07/23/2024 | 149 | ***SELECTED PARTIES***DECLARATION of David P.T. Webb in Support re: 145 MOTION to Compel *Production of Documents*.. Document filed by Coinbase, Inc., Coinbase Global, Inc., Securities and Exchange Commission. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O)Motion or Order to File Under Seal: 144 .(Webb, David) (Entered: 07/23/2024) |
| 08/05/2024 | 150 | MEMORANDUM OF LAW in Opposition re: 145 MOTION to Compel *Production of Documents*. . Document filed by Securities and Exchange Commission..(Tenreiro, Jorge) (Entered: 08/05/2024) |
| 08/05/2024 | 151 | DECLARATION of Nicholas Margida in Opposition re: 145 MOTION to Compel *Production of Documents*.. Document filed by Securities and Exchange Commission. (Attachments: # 1 Appendix A, # 2 Appendix B, # 3 Appendix C).(Tenreiro, Jorge) (Entered: 08/05/2024) |
| 08/05/2024 | 152 | DECLARATION of Rebecca Dunnan in Opposition re: 145 MOTION to Compel *Production of Documents*.. Document filed by Securities and Exchange Commission. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14).(Tenreiro, Jorge) (Entered: 08/05/2024) |
| 08/05/2024 | 153 | ***SELECTED PARTIES***DECLARATION of Nicholas Margida in Opposition re: 145 MOTION to Compel *Production of Documents*.. Document filed by Securities and Exchange Commission, Coinbase Global, Inc., Coinbase, Inc.. (Attachments: # 1 Appendix A)Motion or Order to File Under Seal: 144 .(Tenreiro, Jorge) (Entered: 08/05/2024) |
| 08/05/2024 | 154 | ***SELECTED PARTIES***DECLARATION of Rebecca Dunnan in Opposition re: 145 MOTION to Compel *Production of Documents*.. Document filed by Securities and Exchange Commission, Coinbase Global, Inc., Coinbase, Inc.. (Attachments: # 1 Exhibit 11)Motion or Order to File Under Seal: 144 .(Tenreiro, Jorge) (Entered: 08/05/2024) |
| | | |

| 08/08/2024 | 155 | LETTER addressed to Judge Katherine Polk Failla from Nicholas Margida dated August 8, 2024 re: SEC Opposition to Motion to Compel. Document filed by Securities and Exchange Commission..(Margida, Nicholas) (Entered: 08/08/2024) |
|---|---|---|
| 08/12/2024 | 156 | REPLY MEMORANDUM OF LAW in Support re: 145 MOTION to Compel *Production of Documents*. . Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 08/12/2024) |
| 08/14/2024 | 157 | LETTER MOTION to Seal *Confidential Material* addressed to Judge Katherine Polk Failla from Nick Margida dated August 14, 2024. Document filed by Securities and Exchange Commission..(Margida, Nicholas) (Entered: 08/14/2024) |
| 08/27/2024 | 158 | NOTICE of Supplemental Authority re: 150 Memorandum of Law in Opposition to Motion. Document filed by Securities and Exchange Commission. (Attachments: # 1 Exhibit A).(Margida, Nicholas) (Entered: 08/27/2024) |
| 08/28/2024 | 159 | RESPONSE re: 158 Notice (Other) . Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 08/28/2024) |
| 08/30/2024 | | NOTICE OF REDESIGNATION TO ANOTHER MAGISTRATE JUDGE. The above entitled action has been redesignated to Magistrate Judge Henry J. Ricardo to handle matters that may be referred in this case. Please note that this is a reassignment of the designation only. (tro) (Entered: 08/30/2024) |
| 09/05/2024 | 160 | ORDER granting in part and denying in part 145 Motion to Compel; granting 157 Letter Motion to Seal. For the reasons stated on the record during the telephonic conference held on September 5, 2024, the Court GRANTS IN PART and DENIES IN PART Defendants' motion to compel. The Clerk of Court is directed to terminate the motion at docket entry 145. In addition, the Court GRANTS IN FULL the SEC's motion to permanently file under seal, viewable to the Court and parties only, certain specified redactions from both parties' filings in connection with Defendants'motion to compel. The Clerk of Court is directed to terminate the motion at docket entry 157. (Signed by Judge Katherine Polk Failla on 9/5/2024) (tg) (Entered: 09/06/2024) |
| 09/05/2024 | | Minute Entry for proceedings held before Judge Katherine Polk Failla: Telephone Conference held on 9/5/2024. Attorneys Jorge Gerardo Tenreiro, Peter Mancuso, Nicholas Margida, Patrick Reinhold Costello, Rebecca Dunnan, and David S. Mendel representing Plaintiff present. Attorneys Kevin S. Schwartz, Emily Rose Barreca and Steven Robert Peiken representing Coinbase present. For the reasons stated on the record, the Court GRANTS IN PART Coinbase's motion to compel. (See transcript.) (Court Reporter recorded) (tn) (Entered: 10/09/2024) |
| 09/06/2024 | 161 | TRANSCRIPT of Proceedings re: STATUS CONFERENCE held on 9/5/2024 before Judge Katherine Polk Failla. Court Reporter/Transcriber: Adrienne Mignano, (212) 805-0300. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be |

| | | |
|---|---|---|
| | | obtained through PACER. Redaction Request due 9/27/2024. Redacted Transcript Deadline set for 10/7/2024. Release of Transcript Restriction set for 12/5/2024.(js) (Entered: 09/06/2024) |
| 09/06/2024 | 162 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a STATUS CONFERENCE proceeding held on 9/5/2024 has been filed by the court reporter/transcriber in the above-captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(js) (Entered: 09/06/2024) |
| 09/11/2024 | 163 | NOTICE of Filing Revised Redactions re: 147 Declaration in Support of Motion,. Document filed by Coinbase Global, Inc., Coinbase, Inc.. (Attachments: # 1 Exhibit - Revised Redactions to Exhibit D to the Declaration of David P.T. Webb (Dkt. 147)).(Webb, David) (Entered: 09/11/2024) |
| 09/18/2024 | 164 | LETTER MOTION for Extension of Time to Complete Discovery addressed to Judge Katherine Polk Failla from SEC dated September 18, 2024. Document filed by Securities and Exchange Commission. (Attachments: # 1 Appendix A - Proposed Revised Case Management Plan).(Dunnan, Rebecca) (Entered: 09/18/2024) |
| 09/19/2024 | 165 | ORDER granting 164 Letter Motion for Extension of Time to Complete Discovery. Application GRANTED. The deadline for fact discovery and subsequent deadlines contained in the Case Management Plan (Dkt. #116) are extended in accordance with the revised Case Management Plan, which the Court has endorsed under separate cover. The pretrial conference previously scheduled for October 24, 2024, is hereby ADJOURNED to March 6, 2025, at 11:00 a.m., in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. The Clerk of Court is directed to terminate the pending motion at docket number 164. SO ORDERED. (Signed by Judge Katherine Polk Failla on 9/19/2024) (tg) (Entered: 09/19/2024) |
| 09/19/2024 | | Set/Reset Hearings: Pretrial Conference set for 3/6/2025 at 11:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. (tg) (Entered: 09/19/2024) |
| 09/20/2024 | 166 | CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER: All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). Depositions of fact witnesses shall be completed by close of fact discovery (7 (E)). This case is to be tried to a jury. Counsel for the parties have conferred and the present best estimate of the length of trial is 2-3 weeks. The next pretrial conference is scheduled for March 6, 2025 at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. Expert Deposition due by 4/22/2025. Fact Discovery due by 2/18/2025. Expert Discovery due by 4/22/2025. Pretrial Conference set for 3/6/2025 at 11:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla. (Signed by Judge Katherine Polk Failla on 9/20/2024) (sgz) (Entered: 09/20/2024) |

| 10/04/2024 | 167 | LETTER addressed to Judge Katherine Polk Failla from William Savitt dated October 4, 2024 re: Mot. to Certify Interlocutory App. (Dkt. 109). Document filed by Coinbase Global, Inc., Coinbase, Inc...(Savitt, William) (Entered: 10/04/2024) |
|---|---|---|
| 10/16/2024 | 168 | NOTICE of WITHDRAWAL OF COUNSEL PURSUANT TO LOCAL RULE 1.4. Document filed by AH Capital Management, L.L.C., Paradigm Operations LP..(Cassel, Melissa) (Entered: 10/16/2024) |
| 11/14/2024 | 169 | LETTER MOTION for Extension of Time *to Complete Discovery* addressed to Judge Katherine Polk Failla from Kevin S. Schwartz dated November 14, 2024. Document filed by Coinbase, Inc., Coinbase Global, Inc.. (Attachments: # 1 Exhibit A - Proposed Amended Civil Case Management Plan).(Schwartz, Kevin) (Entered: 11/14/2024) |
| 11/19/2024 | 170 | LETTER RESPONSE to Motion addressed to Judge Katherine Polk Failla from Peter A. Mancuso dated November 19, 2024 re: 169 LETTER MOTION for Extension of Time *to Complete Discovery* addressed to Judge Katherine Polk Failla from Kevin S. Schwartz dated November 14, 2024. . Document filed by Securities and Exchange Commission. (Attachments: # 1 Exhibit 1). (Mancuso, Peter) (Entered: 11/19/2024) |
| 11/20/2024 | 171 | MOTION for Michelle S. Kallen to Withdraw as Attorney . Document filed by Cynthia M. Lummis. (Attachments: # 1 Supplement Declaration).(Kallen, Michelle) (Entered: 11/20/2024) |
| 11/20/2024 | 172 | MEMO ENDORSEMENT on re: 168 Notice (Other) filed by AH Capital Management, L.L.C., Paradigm Operations LP. ENDORSEMENT: The Court wishes Mr. Hellman the best in his future endeavors. The Clerk of Court is directed to terminate Mr. Hellman from the docket. Attorney Andrew Robert Hellman terminated. (Signed by Judge Katherine Polk Failla on 11/20/2024) (sgz) (Entered: 11/20/2024) |
| 11/20/2024 | 173 | AMENDED CIVIL CASE MANAGEMENT PLAN AND SCHEDULING ORDER granting 169 Letter Motion for Extension of Time. All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). All fact discovery shall be completed no later than May 30, 2025. All expert discovery, including reports, production of underlying documents, and depositions, shall be completed no later than August 1, 2025. The parties shall substantially complete documentary discovery by March 7, 2025. Depositions of fact witnesses shall be completed by May 30, 2025. This case is to be tried to a jury. Counsel for the parties have conferred and the present best estimate of the length of trial is 2-3 weeks. The next pretrial conference is scheduled for June 12, 2025, at 11:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. The Court does not contemplate any further extensions of the discovery deadlines. Furthermore, the Court commends the SEC for its ongoing efforts to review more than 133,000 documents in compliance with the Court's September 5, 2024 Order. (Dkt. #160). The Clerk of Court is directed to terminate the pending motion at docket entry 169. Deposition due by 8/1/2025. Discovery |

| | | |
|---|---|---|
| | | due by 3/7/2025. (Signed by Judge Katherine Polk Failla on 11/20/2024) (sgz) (Entered: 11/20/2024) |
| 11/20/2024 | | Set/Reset Deadlines: ( Expert Discovery due by 8/1/2025., Fact Discovery due by 5/30/2025.), Set/Reset Hearings:( Pretrial Conference set for 6/12/2025 at 11:00 AM in Courtroom 618, 40 Centre Street, New York, NY 10007 before Judge Katherine Polk Failla.) (sgz) (Entered: 11/20/2024) |
| 11/21/2024 | 174 | MEMO ENDORSEMENT granting 171 Motion to Withdraw as Attorney. ENDORSEMENT: Application GRANTED. The Court extends its best wishes to Ms. Kallen in her future endeavors. The Clerk of Court is directed to terminate Ms. Kallen from the docket, and is further directed to terminate the pending motion at docket entry 171. SO ORDERED. Attorney Michelle Kallen terminated. (Signed by Judge Katherine Polk Failla on 11/21/2024) (sgz) (Entered: 11/21/2024) |
| 01/07/2025 | 175 | OPINION AND ORDER re: 109 MOTION for Leave to Appeal filed by Coinbase, Inc., Coinbase Global, Inc. For the foregoing reasons, Defendants' motion to certify the Order for interlocutory appeal under 28 U.S.C. § 1292(b) is GRANTED, and the Court hereby STAYS proceedings in this action pending resolution of the interlocutory appeal. The Clerk of Court is directed to terminate the pending motion at docket entry 109 and to stay this action pending further order of the Court. The parties are further directed to submit a joint letter to the Court within five business days of any significant developments in the interlocutory appeal. (Signed by Judge Katherine Polk Failla on 1/7/2025) (rro) (Entered: 01/07/2025) |