UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

**Docket Number(s):** 25-145

**Caption [use short title]**

**Motion for:** The SEC's answer to a petition for permission to appeal is due January 31, 2025, and the SEC requests a two-week extension on consent.

Set forth below precise, complete statement of relief sought:
The U.S. Securities and Exchange Commission respectfully moves for a 14-day extension of time to file its answer to Coinbase's petition for permission to appeal pursuant to 28 U.S.C. 1292(b), which would move the Commission's due date from January 31, 2025, to February 14, 2025.

Coinbase, Inc. v. Securities and Exchange Commission

**MOVING PARTY:** U.S. Securities and Exchange Commission
**OPPOSING PARTY:** Coinbase, Inc., Coinbase Global, Inc.

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☑ Appellee/Respondent

**MOVING ATTORNEY:** David D. Lisitza
**OPPOSING ATTORNEY:** Jeffrey B. Wall

[name of attorney, with firm, address, phone number and e-mail]

U.S. Securities and Exchange Commission
100 F Street, N.E., Washington, D.C. 20549
202-551-5015, lisitzad@sec.gov

Sullivan & Cromwell LLP
1700 New York Avenue, N.W., Suite 700, Washington, D.C. 20006
202-956-7500, wallj@sullcrom.com

**Court- Judge/ Agency appealed from:** The United States District Court for the Southern District of New York, No. 23-cv-4738 (Failla, J.)

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☑ Yes   ☐ No (explain):_____

Opposing counsel's position on motion:
☑ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☑ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?  ☐ Yes  ☑ No (requests for oral argument will not necessarily be granted)
Has argument date of appeal been set?  ☐ Yes  ☑ No  If yes, enter date:_____

**Signature of Moving Attorney:**
/s/ David D. Lisitza   **Date:** 01/23/2025   Service by: ☑ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

# 25-145

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

COINBASE, INC., COINBASE GLOBAL, INC.,
Petitioners,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,
Respondent.

On Appeal from the United States District Court
for the Southern District of New York, No. 23-cv-4738 (Failla, J.)

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE ANSWER TO PETITION FOR PERMISSION TO APPEAL
PURSUANT TO 28 U.S.C. § 1292(b)**

Pursuant to Federal Rules of Appellate Procedure 26(b) and 27 and Second Circuit Rule 27.1, the U.S. Securities and Exchange Commission respectfully moves for a 14-day extension of time, until February 14, 2025, to file its answer to Coinbase, Inc.'s and Coinbase Global, Inc.'s ("Coinbase") petition for permission to appeal pursuant to 28 U.S.C. § 1292(b).  This motion is time sensitive because the default due date for the Commission's answer is January 31, 2025.  In accordance with Second Circuit Rule 27.1, the Commission's counsel has conferred with counsel for Coinbase, which does not oppose the Commission's extension request.

1. On January 7, 2025, the district court issued an order (Dkt. 175) granting Coinbase's motion under 28 U.S.C. § 1292(b) to certify the district court's March 26, 2024 opinion and order (Dkt. 105) that had granted in part and denied in part Coinbase's motion for judgment on the pleadings.

2. On January 17, 2025, Coinbase filed its petition to this Court under 28 U.S.C. § 1292(b) for permission to appeal the March 26, 2024 opinion and order. App. Dkt. 1. Coinbase's petition was timely filed within ten days after the entry of the January 7, 2025 order. *See* 28 U.S.C. § 1292(b); Fed. R. App. P. 5(a)(2) & 26(b)(1). Coinbase served the Commission on January 21, 2025. App. Dkt. 1 at 33.

3. Under Federal Rule of Appellate Procedure 5(b)(2), the Commission "may file an answer" to Coinbase's petition "within 10 days after the petition is served," making the Commission's answer due January 31, 2025.

4. The Commission requests a 14-day extension of time to file its answer to Coinbase's petition, which would move the Commission's due date from January 31, 2025, to February 14, 2025.

5. Section 1292(b)'s 10-day deadline for the filing of a petition requesting permission to appeal governs the transfer of adjudicatory authority to the court of appeals and therefore "may not" be extended. Fed. R. App. P. 26(b)(1); *see Casey v. Long Island R. Co.*, 406 F.3d 142, 146 (2d Cir. 2005) (The

"ten-day window specified by § 1292(b) is mandatory" and it is "beyond the power of this Court to enlarge that period.") (cleaned up).  But now that Coinbase's petition has been timely lodged here, this Court "may extend the time" for the Commission to answer the petition beyond the 10 days provided under Federal Rule of Appellate Procedure 5(b)(2), for "good cause."  Fed. R. App. P. 26(b) (emphasis added).

6. There is good cause for the Commission's requested extension.  The Commission's answer will involve internal consultation and must go through multiple layers of review.  However, the current deadline falls only eleven days after the transition of Commission leadership that took place on January 20, 2025.  The requested extension will provide adequate time for the Commission to prepare its answer to Coinbase's petition to appeal and for appropriate review.  It will also provide additional time to consider the arguments raised in the amicus briefs filed in support of Coinbase's petition for permission to appeal.  *See* App. Dkt. 10, 13.

7. No party will be prejudiced by the grant of the requested extension.  This is the Commission's first request for an extension, this is not an expedited appeal, and Coinbase does not oppose this motion.

3

Dated:  January 23, 2025						Respectfully submitted,

TRACEY A. HARDIN
Solicitor

/s/  David D. Lisitza
DAVID D. LISITZA
Senior Appellate Counsel

EZEKIEL L. HILL
Appellate Counsel

U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
202-551-5015 (Lisitza)

4

## CERTIFICATIONS

I hereby certify that:

1. This motion complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 540 words.

2. This motion complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6), as required by Federal Rule of Appellate Procedure 27(d)(1)(E), because it has been prepared in a proportionally spaced typeface using Microsoft Office Word in 14-Point Times New Roman.

3. I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the ACMS system.

4. All participants in the case are registered ACMS users and that service will be accomplished by the ACMS system.

/s/ David D. Lisitza
DAVID D. LISITZA
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
202-551-5015 (Lisitza)

Dated: January 23, 2025