# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 24th day of January, two thousand twenty-five.

Before:     Steven J. Menashi,
              *Circuit Judge.*

---

| | |
|---|---|
| Coinbase, Inc., Coinbase Global, Inc., | **ORDER** |
| Petitioners, | Docket No. 25-145 |
| v. | |
| United States Securities and Exchange Commission, | |
| Respondent. | |

---

    Respondent moves for an extension of time to February 14, 2025 to respond to the petition for leave to appeal.

    IT IS HEREBY ORDERED that the motion for extension of time is GRANTED.

    For the Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court

