## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Coinbase, Inc. v. SEC    Docket No.: 25-145

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Ezekiel L. Hill

Firm: Securities and Exchange Commission

Address: 100 F Street, NE, Washington, DC 20549

Telephone: 202-551-7724    Fax:

E-mail: hillez@sec.gov

Appearance for: Securities and Exchange Commission, Respondent
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Tracey A. Hardin and David D. Lisitza, Securities and Exchange Commission )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____    OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Ezekiel L. Hill

Type or Print Name: Ezekiel L. Hill