# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Coinbase, Inc. v. Securities and Exchange Commission  **Docket No.:** 25-145

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Steven R. Peikin

**Firm:** Sullivan & Cromwell LLP

**Address:** 125 Broad Street, New York, NY 10004

**Telephone:** (212) 558-4636  **Fax:** (212) 558-3588

**E-mail:** peikins@sullcrom.com

**Appearance for:** Defendants-Petitioners Coinbase, Inc. and Coinbase Global, Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: Jeffrey B. Wall (Sullivan & Cromwell LLP))
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☑ I applied for admission on 2/3/2025.

**Signature of Counsel:** /s/ Steven R. Peikin

**Type or Print Name:** Steven R. Peikin