# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** Coinbase, Inc. v. Securities and Exchange Commission    **Docket No.:** 25-145

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

**Name:** Kevin S. Schwartz

**Firm:** Wachtell, Lipton, Rosen & Katz

**Address:** 51 W. 52nd Street, New York, NY 10019

**Telephone:** (212) 403-1000    **Fax:** (212) 403-2000

**E-mail:** kschwartz@wlrk.com

**Appearance for:** Defendants-Petitioners Coinbase, Inc. and Coinbase Global, Inc.
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: William Savitt (Wachtell, Lipton, Rosen & Katz) )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on 3/9/2022    OR

☐ I applied for admission on _____ .

**Signature of Counsel:** /s/ Kevin S. Schwartz

**Type or Print Name:** Kevin S. Schwartz