# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

     At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of February, two thousand twenty-five.

Before:      Sarah A. L. Merriam,
                   *Circuit Judge.*

_____

| | |
|---|---|
| Coinbase, Inc., Coinbase Global, Inc., | **ORDER** |
|             Petitioners, | Docket No. 25-145 |
|      v. | |
| United States Securities and Exchange Commission, | |
|             Respondent. | |

_____

     Respondent moves for a 28-day extension of time, to March 14, 2025, to respond to Petitioner's application for leave to appeal.

     IT IS HEREBY ORDERED that the motion is GRANTED.

                                                   For the Court:

                                                   Catherine O'Hagan Wolfe,
                                                   Clerk of Court