# 25-145

IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

◆◆

COINBASE, INC. AND COINBASE GLOBAL, INC.,

*Defendants-Petitioners,*

–v.–

SECURITIES AND EXCHANGE COMMISSION,

*Plaintiff-Respondent.*

On Appeal from the United States District Court
for the Southern District of New York
(No. 1:23-cv-4738-KPF) (Hon. Katherine Polk Failla)

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Appellate Procedure 42, Defendants-Petitioners Coinbase, Inc. and Coinbase Global, Inc. and Plaintiff-Respondent Securities and Exchange Commission jointly stipulate to the withdrawal of Defendants-Petitioners' petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) and the dismissal of any such appeal, with each side to bear its own costs. The district court has granted the parties'

joint stipulation to dismiss this litigation with prejudice.  *SEC* v. *Coinbase, Inc.*, No. 1:23-cv-04738, ECF No. 178 (S.D.N.Y. Feb. 28, 2025).

Respectfully submitted,

/s/ *Jeffrey B. Wall*

| | |
|---|---|
| William Savitt | Jeffrey B. Wall |
| Kevin S. Schwartz | Morgan L. Ratner |
| Sarah K. Eddy | SULLIVAN & CROMWELL LLP |
| WACHTELL, LIPTON, ROSEN & KATZ | 1700 New York Avenue, N.W. |
| 51 West 52nd Street | Suite 700 |
| New York, New York 10019 | Washington, D.C. 20006 |
| (212) 403-1000 | (202) 956-7500 |

Steven R. Peikin
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
(212) 558-4000

*Attorneys for Defendants-Petitioners*
*Coinbase Inc., and Coinbase Global, Inc.*

Jeffrey B. Finnell
Tracey A. Hardin
David D. Lisitza
/s/ *Ezekiel L. Hill*
Ezekiel L. Hill
U.S. SECURITIES AND EXCHANGE
COMMISSION
100 F Street, N.E.
Washington, D.C. 20549
(202) 551-7724 (Hill)

*Attorneys for Plaintiff-Respondent*
*Securities and Exchange Commission*

March 3, 2025