**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **DEBRA ANN LIVINGSTON**<br>**CHIEF JUDGE** | **CATHERINE O'HAGAN WOLFE**<br>**CLERK OF COURT** |
| Date: March 4, 2025<br>Docket #: 25-145<br>Short Title: Coinbase, Inc. v. Securities and Exchange Commission | DC Docket #: 1:23-cv-4738<br>DC Court: SDNY (NEW YORK CITY)<br>Trial Judge - Katherine P. Failla |

## NOTICE OF CASE MANAGER CHANGE

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8658.